IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LASONJA R TOLBERT, § § § **Plaintiff,** § § v. § § COMMISSIONER, SOCIAL SECURITY § ADMINISTRATION, § § § **Defendant.** | CIVIL ACTION NO. 6:18-CV-00501-RAS |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Lasonja Tolbert initiated this civil action pursuant to 42 U.S.C § 405(g) seeking judicial review of the Commissioner's denial of Plaintiff's application for Social Security benefits. (Docket No. 1.) The case was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation on July 26, 2019 recommending that the case be dismissed without prejudice for want of prosecution and failure to obey a court order. (Docket No. 19.) Plaintiff's counsel of record was served with the Report and Recommendation on the same date via the court's electronic CM/ECF filing system. The Report and Recommendation informed Plaintiff of her right to object to the Report and Recommendation within 14 days and further informed her that a failure to timely object shall bar "*de novo* review by the district judge of those findings, conclusions and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district court." Doc. No. 19, at 3 (citing *Douglass v. United States Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996)). Since the service of the Report and Recommendation on July 26,

2019, Plaintiff has not filed objections and the prescribed time period for doing so has passed.

Having considered the Report and Recommendation, the court agrees with the findings and conclusions of the Magistrate Judge. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is accordingly **ORDERED** that the complaint is hereby **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED this the 29th day of September, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE